| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
| 7. | JAMES PATRICK PAGE (AKA JIMMY PAGE) | DAZED AND CONFUSED | JIMMY PAGE | 3/26/69 EP 256809 REGISTERED AS UNPUBLISHED 3/26/69 EU 256809 | | JIMMY PAGE "AUTHOR" JIMMY PAGE "AUTHOR" | 12/23/97 RE 767-435<br><br>12/23/97 RE 767-443 | 12/22/06 |
| 8. | JIMMY PAGE, JOHN BALDWIN (AKA JOHN PAUL JONES, PATRICIA BONHAM, JASON BONHAM, ZOE BONHAM | HOW MANY MORE TIMES | JIMMY PAGE, JOHN BALDWIN (AKA JOHN PAUL JONES), JOHN HENRY BONHAM | 3/26/69 EP 256-808 REGISTERED AS UNPUBLISHED 1/16/69 EU 96058 | | JIMMY PAGE "AS AUTHOR," JOHN PAUL JONES "AS AUTHOR," PATRICIA BONHAM "WIDOW OF AUTHOR JOHN HENRY BONHAM," JASON BONHAM AND ZOE BONHAM "CHILDREN OF DECEASED AUTHOR JOHN HENRY BONHAM" JIMMY PAGE "AS AUTHOR," JOHN BALDWIN (AKA JOHN PAUL JONES) "AS AUTHOR," PATRICIA BONHAM "AS WIDOW OF JOHN HENRY BONHAM," JASON BONHAM AND ZOE BONHAM "AS CHILDREN OF DECEASED AUTHOR JOHN HENRY BONHAM" | 12/23/97 RE 767-434<br><br>12/23/97 RE 767-448 | 12/22/06 |

SCHEDULE "A"

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
| 1. | EMI APRIL MUSIC INC., GIFTED PEARL MUSIC | TEN CRACK COMMANDMENTS | CHRISTOPHER WALLACE (PKA NOTORIOUS B.I.G.), CHRIS MARTIN | 3/25/97 | PA 844-499 | | | 1/15/06 |
| 2. | DUST BROTHERS MUSIC, BMG SONGS, INC., CYANIDE BREATHMINT MUSIC | NEW POLLUTION, THE | BECK HANSEN, MIKE SIMPSON, JOHN KING | 5/21/96 | PA 866-379 | | | 1/15/06 |
| 3. | DUST BROTHERS MUSIC, BMG SONGS, INC., CYANIDE BREATHMINT MUSIC | DERELICT | BECK HANSEN, MIKE SIMPSON, JOHN KING | 5/21/96 | PA 866-380 | | | 1/15/06 |
| 4. | DUST BROTHERS MUSIC, BMG SONGS, INC. CYANIDE BREATHMINT MUSIC | NOVACANE | BECK HANSEN, MIKE SIMPSON, JOHN KING | 5/21/96 | PA 866-381 | | | 1/15/06 |
| 5. | TARPO MUSIC PUBLISHING, EMI APRIL MUSIC INC., NOTTING DALE SONGS, INC. | TIPSY | JERRELL C. JONES, MARK WILLIAMS, JOE KENT | 4/6/04 | PA 1-159-437 | | | 2/24/06 |
| 6. | EMI APRIL MUSIC INC. | TEMPERATURE | SEAN PAUL HENRIQUES, A. MARSHALL, R. FULLER | 9/27/05 | PA 1-162-634 | | | 2/25/06 |

SCHEDULE "A"