AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

EMI APRIL MUSIC, et al.

V.

THE LIVING ROOM, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 263

TO: (Name and address of Defendant)

Charles L. Hien
31 River Rd.
Lincoln, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Benjamin V. White, Esq., #1652
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7-10-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7/17/07 |
|---|---|
| NAME OF SERVER (*PRINT*) Richard M. Durand | TITLE RI constable 6018 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Susan accepted

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 40 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/17/07
Date

Richard M. Durand
Signature of Server

P.O. Box 749, Slatersville, RI, 02876
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.