UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMI APRIL MUSIC, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 07-263 |
| | : | |
| | : | |
| THE LIVING ROOM, et al. | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel in the above matter on behalf of the Defendants

/s/ Barry J. Kusinitz
Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053
E-Mail: bkusinitz@bdglawyers.com

DATED: August 2, 2007

**Certification**

I hereby certify that on the 2nd day of August, 2007, a true and accurate copy of the within was filed electronically with the Court and as a result the following will be noticed electronically: Catherine A. Shaghalian, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903.

.

/s/ BarryJ. Kusinitz