UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMI APRIL MUSIC, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 07-263 |
| | : | |
| | : | |
| THE LIVING ROOM, et al. | : | |

**STIPULATION CONCERNING EXTENSION OF TIME TO RESPOND**

The Defendants may have through and including August 20, 2007, to answer or otherwise respond to Plaintiffs' Complaint.

PLAINTIFFS,
By their Attorney

/s/Catherine A. Shaghalian
Catherine A. Shaghalian, Esq. (#6883)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: 401.421.3060
Fax: 401.272.6803
E-Mail: cshaghalian@vetterandwhite.com

DEFENDANTS,
By their Attorney,

/s/ Barry J. Kusinitz
Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053
E-Mail: bkusinitz@bdglawyers.com

DATED: August 2, 2007