UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMI APRIL MUSIC, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 07-263 |
| | : | |
| | : | |
| THE LIVING ROOM, et al. | : | |

**ANSWER**

Now come the Defendants to state their Answer to Plaintiffs' Complaint as follows:

1. Defendants admit the allegations in paragraph 1.

2. Defendants admit that the allegations in paragraph 2 describe the contents of the Complaint. This admission is not otherwise intended to concede the truthfulness of the other allegations in the Complaint.

3. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

4. Defendants admit the allegations in paragraph 4.

5. Defendants admit all of the allegations in paragraph 5 but for the allegations in the last sentence which are hereby denied.

6. Defendants admit the allegations in paragraph 6.

7. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7.

8. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8.

9. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9.

10. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10.

11. Defendants deny that they themselves gave public performances as alleged in paragraph 11. Defendants also lack knowledge or information sufficient to form a belief as to whether third parties (i.e., bands hired by them) gave such public performances, as alleged in paragraph 11.

12. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12.

13. Defendants admit the allegations in paragraph 13(a) but deny the allegations in paragraphs 13(b) and 13 (c).

14. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14.

15. Defendants deny the allegations in paragraph 15.

Wherefore, Defendants pray that this Honorable Court dismiss Plaintiffs' Complaint and award Defendants their costs together with a reasonable attorney's fee.

Defendants,
By their Attorney,

/s/ Barry J. Kusinitz

Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053
E-Mail: bkusinitz@bdglawyers.com

DATED: August 16, 2007

**Certification**

I hereby certify that on the 16th day of August, 2007, a true and accurate copy of the within was filed electronically with the Court and as a result the following will be noticed electronically: Catherine A. Shaghalian, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903.

.

/s/ BarryJ. Kusinitz