UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMI APRIL MUSIC INC., GIFTED PEARL MUSIC, DUST BROTHERS MUSIC, BMG SONGS, INC., CYANIDE BREATHMINT MUSIC, TARPO MUSIC PUBLISHING, NOTTING DALE SONGS, INC. AND JAMES PATRICK PAGE (AKA JIMMY PAGE), JOHN BALDWIN (AKA JOHN PAUL JONES), PATRICIA BONHAM, JASON BONHAM AND ZOE BONHAM, Plaintiffs | C.A. No. 07-263ML |
| vs. | |
| THE LIVING ROOM, INC. AND CHARLES L. HIEN, Defendants | |

## PLAINTIFFS' PRETRIAL CONFERENCE STATEMENT

Pursuant to this Court's notice of October 1, 2007, plaintiffs submit the following pretrial conference statement.

## FACTS

Plaintiffs are the owners of copyrights in certain musical compositions and are members of the American Society of Composers, Authors and Publishers ("ASCAP"), a performing rights licensing organization. ASCAP has an obligation to its members to monitor and enforce their copyrights. In discharging that obligation, ASCAP attempts to license bars, restaurants, nightclubs, concert promoters and other businesses that provide musical entertainment for their patrons. Such licenses enable businesses to perform copyrighted musical compositions lawfully. When the operators of an establishment refuse to obtain an ASCAP license, ASCAP may engage an independent investigator to visit the establishment and make note of all the songs being performed that

the investigator can recognize. If ASCAP's members own the copyrights to some of those songs, ASCAP may then institute an action for copyright infringement in the name of the members, against the owners of the establishment.

Defendant The Living Room, Inc. is a Rhode Island corporation that owns and operates a business establishment known as The Living Room, located at 23 Rathbone Street, Providence, Rhode Island (hereinafter "The Living Room"). On information and belief, defendant Charles L. Hien was the principal stockholder and President of The Living Room during the time it infringed on plaintiffs' copyrights.

In 1994 ASCAP licensing representatives contacted defendants concerning the use of music in the ASCAP repertory at The Living Room. By letter dated September 20, 1996, ASCAP sent defendants the applicable ASCAP license agreement for the annual term commencing January 1, 1996. There followed numerous letters and telephone calls, all in an effort to inform the defendants of their obligations under copyright law, to offer an ASCAP license for The Living Room, and to warn of the consequences of continuing to perform ASCAP music at The Living Room without a license.

After many unsuccessful efforts to persuade the defendants to obtain a license, ASCAP engaged an independent investigator to go to The Living Room and prepare a detailed report of songs he heard performed and could recognize. On January 15, 2006, February 24, 2006, February 25, 2006, and December 22, 2006, the investigator documented that the eight copyrighted songs at issue in this case were publicly performed by means of a sound system without permission and in violation of federal copyright laws.

By failing to obtain permission to perform copyrighted musical works in the ASCAP repertory, defendants "saved" approximately $39,900.00 in license fees for the period from January 1, 1996 through December 31, 2007. In addition to attorneys' fees and attendant costs, ASCAP incurred an additional $2,832.48 to obtain the evidence upon which this action is based.

**LEGAL ISSUES**

1. Whether defendants infringed on plaintiffs' copyrights;
2. Whether liability extends to defendant Charles Hien as principal stockholder and President of The Living Room during the time it infringed on plaintiffs' copyrights;
3. Whether defendant's violation of plaintiffs' rights was knowing and voluntary;
4. Whether plaintiffs are entitled to injunctive relief;
5. The amount of damages to which plaintiffs are entitled;
6. Whether plaintiffs are entitled to costs and attorney's fees.

/s/ Catherine A. Shaghalian

Benjamin V. White, No. 1652
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: October 23, 2007

CERTIFICATE OF SERVICE

To:

Barry J. Kusinitz, Esq.
155 South Main Street – Suite 405
Providence, RI 02903

I hereby certify that I electronically filed this Pretrial Conference Statement on October 23, 2007. The Pretrial Conference Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian