UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMI APRIL MUSIC, et al. | : | |
| | : | |
| vs. | : | C.A. NO. 07-263 L |
| | : | |
| | : | |
| THE LIVING ROOM, et al. | : | |

**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

The parties hereby jointly move to continue the settlement conference, presently scheduled for November 19, 2007, at 2:00 p.m., due to the unavailability of defense counsel (who has a prior court commitment). The parties are available on November 29, 2007, an alternate date suggested by the Court.

Plaintiffs,
By their Attorneys

/s/Catherine A. Shaghalian

Catherine A. Shaghalian, Esq. (#6883)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: 401.421.3060
Fax: 401.272.6803
E-Mail: cshaghalian@vetterandwhite.com

Defendants,
By their Attorney,

/s/ Barry J. Kusinitz

Barry J. Kusinitz, Esq. (#1404)
155 South Main Street, Suite 405
Providence, RI 02903
Tel: 401.831.4200
Fax: 401.831.7053
E-Mail: bkusinitz@bdglawyers.com