UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMI APRIL MUSIC INC., GIFTED PEARL MUSIC, DUST BROTHERS MUSIC, BMG SONGS, INC., CYANIDE BREATHMINT MUSIC, TARPO MUSIC PUBLISHING, NOTTING DALE SONGS, INC. AND JAMES PATRICK PAGE (AKA JIMMY PAGE), JOHN BALDWIN (AKA JOHN PAUL JONES), PATRICIA BONHAM, JASON BONHAM AND ZOE BONHAM,
Plaintiffs

vs.

THE LIVING ROOM, INC. AND CHARLES L. HIEN,
Defendants

C.A. No. 07-263ML

CONSENT JUDGMENT

The Complaint in this action was filed on July 10, 2007 against The Living Room, Inc. and Charles L. Hien (collectively "Defendants") for copyright infringement based on the unauthorized public performances of the Plaintiffs' copyrighted musical compositions. The parties have agreed to resolve all claims between them in the manner set forth below.

It is therefore ORDERED, ADJUDGED AND DECREED:

1. Defendants are enjoined and restrained permanently from publicly performing any or all of Plaintiffs' copyrighted musical compositions and from causing or permitting Plaintiffs' copyrighted musical compositions to be publicly performed, and from aiding and abetting public performances of such compositions, unless Defendants shall have previously obtained permission to give such performances, either directly from the Plaintiffs or by license from the American Society of Composers, Authors and Publishers ("ASCAP").

2. Judgment is hereby entered against Defendants in the sum of Fifteen Thousand, Five Hundred Dollars ($15,500.00) (the "Judgment Amount"), which amount can be satisfied by payment of a sum of Ten Thousand, Five Hundred Dollars ($10,500.00) (the "Settlement Amount"). Defendants shall pay the Settlement Amount to ASCAP, on behalf of the Plaintiffs, through a lump sum payment of $2,000.00 due on or before January 15, 2008 and the following quarterly installments:

| **Due Dates:** | **Installment Amounts:** |
|---|---|
| 03/31/2008 | $2,000.00 |
| 06/30/2008 | $2,000.00 |
| 09/30/2008 | $2,250.00 |
| 12/31/2008 | $2,250.00 |

Payments shall be made to the "American Society of Composers, Authors and Publishers" and delivered to ASCAP's attorneys, Vetter & White, c/o Catherine A. Shaghalian, 20 Washington Place, Providence, Rhode Island 02903; or such other recipient as ASCAP or its attorneys may designate.

3. In the event that Defendants shall fail to make any of the payments in accordance with the provisions of paragraph 2 above, Plaintiffs' counsel shall provide written notice (via certified mail, overnight courier, facsimile, or hand delivery) to Defendants' attorney, Barry J. Kusinitz, 155 South Main Street, Providence, Rhode Island 02903, of such default in payment, and Defendants shall have the opportunity to cure the default by paying the past due amount within ten (10) days of receipt of notice. If Defendants fail to cure the default within ten (10) days of receipt of notice, Plaintiffs shall be entitled to receive the entire Judgment Amount plus their reasonable attorneys' fees

incurred in connection with their efforts to collect on this Consent Judgment, less any payments made by Defendants toward payment of this Consent Judgment.

4. Contemporaneously with entry of this Consent Judgment, ASCAP will offer, and Defendants will accept and execute an ASCAP General License Agreement for The Living Room for the term commencing January 1, 2007. License fees for all periods through December 31, 2008 are covered by and subsumed within the Settlement Amount. With respect to license fees due for all periods thereafter, Defendants shall timely submit payment of those fees to ASCAP.

5. Upon receiving the Settlement Amount (or full payment of the Judgment Amount in the event of default) and the signed ASCAP General License Agreement referenced in paragraph 5 above, Plaintiffs shall file a satisfaction of this Consent Judgment with the Court.

6. This Consent Judgment shall bind and benefit the heirs, executors, administrators, successors, assigns, parents, affiliates, members and subsidiaries of ASCAP and Defendants.

7. This Consent Judgment constitutes the entire agreement between ASCAP, on behalf of the Plaintiffs, and Defendants and supersedes any prior agreements or understandings between ASCAP and Defendants, whether written or verbal, and may not be modified in any manner, except by a writing signed by ASCAP and Defendants.

APPROVED AND CONSENTED TO BY:

Benjamin V. White, No. 1652
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
cshaghalian@vetterandwhite.com

Barry J. Kusinitz, No. 1404
Attorney for Defendants
155 South Main Street – Suite 405
Providence, Rhode Island 02903
(401) 831-4200
(401) 831-7053 FAX
bkusinitz@bdglawyers.com

By Order,

Barbara Barletta
Clerk

Enter:

Mary M. Lisi
USDJ

Dated: January 10, 2008

CERTIFICATE OF SERVICE

To:

Barry J. Kusinitz, Esq.
155 South Main Street – Suite 405
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Consent Judgment by mailing first class mail, postage prepaid, on the 10th day of January, 2008.

Lisa A. Lariviere